**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Stacy N. Klouser

               Debtor(s)

**BK NO. 23-00116 HWV**

**Chapter 7**

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                 Respectfully submitted,

/s/ *Michael Farrington*
_____
Michael Farrington
10 Feb 2023, 14:44:29, EST


                                   KML Law Group, P.C.
                                   BNY Mellon Independence Center
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA  19106
                                   215-627-1322

Document ID: 994798261325de812c6f2e8dedd720d1f4929cfbc1e517113cff7d9927df5c3f