Certificate Number: 05781-PAM-DE-037184327

Bankruptcy Case Number: 23-00116


05781-PAM-DE-037184327

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 14, 2023, at 6:44 o'clock PM PST, Stacy Klouser completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 14, 2023

By: /s/Allison M Geving

Name: Allison M Geving

Title: President